IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **EMORY CHRISTOPHER SMITH,** | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-179 (MTT) |
| **COMMISSIONER BRIAN OWENS,** | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle (Doc. 11) on the Petitioner's § 2254 petition for writ of habeas corpus. (Doc. 1). The Magistrate Judge recommends denying the petition because all of the grounds identified by the Petitioner fail to state a cognizable basis for federal habeas relief. The Magistrate Judge further recommends denying a certificate of appealability because the Petitioner has not made a substantial showing of the denial of a constitutional right. The Petitioner has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Petitioner's § 2254 petition for writ of habeas corpus (Doc. 1) is **DENIED** and a certificate of appealability is **DENIED**.

**SO ORDERED**, this 8th day of May, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT